954

■

**Armand M. PETTERUTI**

v.

**John COTOIA et al.**

No. 85–252–A.

Supreme Court of Rhode Island.

Nov. 4, 1985.

Thomas W. Pearlman, Pearlman & Vogel, Providence, for plaintiff.

Thomas M. Petronio, Johnston, for defendants.

ORDER

The petition for writ of certiorari is denied.

■

**Francis R. COSTA et al.**

v.

**Raymond COONS et al.**

No. 85–291–M.P.

Supreme Court of Rhode Island.

Nov. 14, 1985.

Daniel J. Murray, Sean O. Coffey, Licht & Semenoff, Providence, for petitioners.

Quentin G. Anthony, Sheffield & Harvey, William Landry, Edwards & Angell, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

■

**Januario DeALMEIDA**

v.

**ELTRA CORP. d/b/a Converse Rubber Co.**

No. 85–384–M.P.

Supreme Court of Rhode Island.

Nov. 14, 1985.

Raul L. Lovett, Lovett, Morgera, Scheffrin & Gallogly, Ltd., Providence, for petitioner.

Francis T. Connor, D'Amico Connor & Hurst, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.